IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE KIDD, ET AL., | : |
| | : |
| Plaintiffs, | : |
| | : CIVIL ACTION FILE |
| v. | : NO. 1:06-CV-0997-BBM |
| | : |
| CATHY COX, Individually and in | : |
| her Official Capacities as Secretary | : |
| of State of Georgia and Chair of the | : |
| Georgia Elections Board, | : |
| | : |
| Defendant. | : |

## ORDER

The Office of the Attorney General is DIRECTED to file a response to the Plaintiffs' (1) Emergency Motion to Convene a Three-Judge Court; and (2) Complaint for Declaratory Judgment and Injunctive Relief. This response shall be due by **3:00 p.m. on April 27, 2006.**

IT IS SO ORDERED, this 26th day of April, 2006.

s/Beverly B. Martin
BEVERLY B. MARTIN
UNITED STATES DISTRICT JUDGE