IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE KIDD, ANDREA SUAREZ, DR. MURRAY BLUM, and ANN BLUM, | ) ) ) ) | |
| Plaintiffs | ) ) | Civil Action |
| versus | ) ) | No. 1:06-CV-0997 |
| CATHY COX, in her official capacities as Secretary of State of Georgia and Chair of the State Election Board | ) ) ) ) ) ) | |
| Defendant | ) | |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR HEARING

Pursuant to Fed.R.Civ.P. 65, Plaintiffs move for a preliminary injunction enjoining the enforcement of the 2006 amendment to O.C.G.A. § 28-2-2 to the extent that it reapportions State Senate Districts 46, 47 and 49 (hereafter "SB 386"). Through its redrawing of these three Georgia Senate Districts, SB 386:

(1)  discriminates against voters residing within proposed Senate District 47 by creating Senate Districts that are not as nearly equal in population as practicable, in violation of the equal protection clauses of the Fourteenth Amendment to the United States

Constitution, Article I, § 1, ¶ 2 of the Georgia Constitution, 42 U.S.C. §§ 1983 and 1988;

(2) has the purpose and effect of unlawfully burdening the associational and representational rights of Democratic voters residing in Clarke County based on their political viewpoints, as reflected by their past voting behavior and patterns, in violation of the First and Fourteenth Amendments to the United States Constitution, Article I, § 1, ¶¶ 5 and 9 of the Georgia Constitution, 42 U.S.C. §§ 1983 and 1988; and

(3) violates Article III, § 2, ¶ 2 of the Georgia Constitution, which provides that the apportionment of the Legislature shall be changed only "*as necessary* after each United States decennial census" (emphasis added).

In support of this Motion, plaintiffs rely upon their Brief in Support of Plaintiffs' Motion for Preliminary Injunction and supporting materials filed concurrently herewith. Through these materials and others that will be introduced at the hearing on the plaintiffs' Motion, the plaintiffs will demonstrate the following:

1. The plaintiffs have a substantial likelihood of prevailing on the merits of at least one of their claims;

2. the plaintiffs and other Georgia voters will suffer irreparable harm to their rights as voters unless injunctive relief is granted;

3. the threatened injury to the rights of the plaintiffs and other Georgia voters outweighs whatever damages the proposed injunction may cause the opposing party (which is none); and

4. the grant of an injunction would not adversely affect the public interest.

Accordingly, the Plaintiffs' Motion for a Preliminary Injunction should be granted and the defendants should be enjoined from conducting candidate qualifying and elections based on SB 386's redrawing of Senate Districts 46, 47, and 49.

Plaintiffs seek a prompt hearing to prevent the plaintiffs and others from suffering a violation of their constitutional rights. A hearing at the Court's earliest convenience is necessary to protect the rights of the plaintiffs. Accordingly, the plaintiffs respectfully request that the Court enter the attached Show Cause Order and set a hearing to address this motion for preliminary injunction.

This 26th day of April 2006.

Respectfully submitted,


       /s/ Emmet J. Bondurant
Emmet J. Bondurant
Georgia Bar No. 066900
David G.H. Brackett
Georgia Bar No. 068353
Jason J. Carter
Georgia Bar No. 141669

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia  30309
Telephone:  404-881-4100
Facsimile:  404-881-4111
E-mail:  bondurant@bmelaw.com
        brackett@bmelaw.com
        carter@bmelaw.com   ***Attorneys for Plaintiffs***

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I certify that this Motion complies with the font and point selections set forth in Local Rule 5.1B.  This Motion has been prepared using Times New Roman font (14 point).

/s/ David G.H. Brackett
David G.H. Brackett
Georgia Bar No. 068353

## CERTIFICATE OF SERVICE

I, David G.H. Brackett, do hereby certify that I have this day electronically filed the foregoing **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR HEARING** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to opposing counsel as follows:

>Dennis R. Dunn, Esq.
>Department of Law
>State of Georgia
>40 Capitol Square, SW
>Atlanta, Georgia 30334
>E-mail: dennis.dunn@law.state.ga.us

This 26th day of April 2006.

>/s/ David G.H. Brackett
>David G.H. Brackett

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE KIDD, ANDREA SUAREZ, DR. MURRAY BLUM, and ANN BLUM, <br><br> Plaintiffs <br><br> versus <br><br> CATHY COX, in her official capacities as Secretary of State of Georgia and Chair of the State Election Board <br><br> Defendant | Civil Action <br><br> No. 1:06-CV-0997 |

## ORDER TO SHOW CAUSE

After reviewing the Complaint filed in the above-referenced action and the Plaintiffs' Motion for Preliminary Injunction and related papers, the Court hereby Orders the following:

1. Defendants are hereby ordered to show cause why preliminary injunctive relief should not be granted at a hearing on _____ _____, 2006, beginning at \_\_\_\_ a.m./p.m., in Courtroom \_\_\_\_\_, at the United States Courthouse in Atlanta, Georgia.

2. Plaintiffs are hereby Ordered to serve a copy of this Order on the Attorney General for the State of Georgia.

134564                                7

SO ORDERED, this _____ day of _____, 2006.

_____, Judge
United States District Court for the
Northern District of Georgia

Prepared By:


_____/s/ Emmet J. Bondurant_____
Emmet J. Bondurant
Georgia Bar No. 066900
David G.H. Brackett
Georgia Bar No. 068353
Jason J. Carter
Georgia Bar No. 141669
**Bondurant, Mixson & Elmore, LLP**
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia  30309
Telephone:   404-881-4100
Facsimile:   404-881-4111
E-mails:   bondurant@bmelaw.com
           brackett@bmelaw.com
           carter@bmelaw.com    *Attorneys for Plaintiffs*