

# CIVIL MINUTE SHEET

() IN OPEN COURT  (X) IN CHAMBERS   DATE: 4/27/2006   TIME: 9:55 a.m.

| | |
|---|---|
| HONORABLE BEVERLY B. MARTIN | Nick Marrone, Court Reporter |
| | Pamela Wright, Deputy Clerk |
| MS. JANE KIDD, ET AL. | Emmet Bondurant, David Brackett and Jason Carter, counsel for plaintiffs |
| vs | 1:06-CV-0997-BBM |
| CATHY COX | Dennis Dunn, counsel for Defendant Cathy Rogers, Ann Hicks and Cliff Tatum also present |

HEARINGS/PRE-TRIALS/EVIDENCE: TELECONFERENCE
Teleconference conducted at direction of the court regarding various deadlines at issue in this action. Per counsel for defendant, the absolute date for certification of list of candidates by parties to Secretary of State is May 5, 2006. Plaintiff to provide the court with a list of potentially affected house districts, defendant to provide court with list of relevant deadlines. Matter taken under advisement.

Court adjourned at 10:55 a.m. until
(xx) until further order

Exhibits returned to counsel for () plaintiff(s)  () defendants(s) () Court Reporter

() Exhibits retained by the Court

**TIME IN CHAMBERS:  1 HR.**