

# State of Georgia

## OFFICE OF SECRETARY OF STATE

*I, Cathy Cox, Secretary of State of the State of Georgia, do hereby certify that* the nine pages of photocopied matter hereto attached contains a true and correct copy of an Act approved by the Governor on March 1, 2006 numbered Act number 436 (S.B. 386); all as same appear of file and record in this office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at the Capitol, in the City of Atlanta, this 6th day of March, in the year of our Lord Two Thousand and Six and of the Independence of the United States of America the Two Hundred and Thirtieth.



SECRETARY OF STATE

**GEORGIA VRA 2006-03**
**EXHIBIT A**

**ENROLLMENT**

February 28, 2006

The Subcommittee of the Senate on Enrolling and Journals has examined the within and finds the same properly enrolled.

_Don Balfour_
Chairman

_[signature]_
President of the Senate

_[signature]_
Secretary of the Senate

_[signature]_
Speaker of the House

_[signature]_
Clerk of the House

Received _[signature]_
Secretary, Executive Department

This 28 day of February 2006

Approved
_Sonny Perdue_
Governor

This 1 day of March 2006

S.B. No. 386   Act No. 436

**GENERAL ASSEMBLY**

**AN ACT**

To amend Chapter 2 of Title 28 of the O.C.G.A., relating to apportionment of the House of Representatives and Senate and qualifications of members, so as to provide for the composition of state senatorial districts and, in particular, Senate Districts 46, 47, and 49; to provide for the election of such Senators; to provide when such Senators so elected shall take office; to provide for the continuation of present senatorial districts until a certain time; to provide for other related matters; to provide an effective date; and for other purposes.

**IN SENATE**

| | |
|---|---|
| Read 1st time | Jan. 9, 2006 |
| Read 2nd time | Jan. 11, 2006 |
| Read 3rd time | Jan. 12, 2006 |
| And | Passed |
| Yeas 34 | Nays 18 |

_[signature]_
Secretary of the Senate

**IN HOUSE**

| | |
|---|---|
| Read 1st time | Jan. 13, 2006 |
| Read 2nd time | Jan. 23, 2006 |
| Read 3rd time | Jan. 31, 2006 |
| And | Passed |
| Yeas 100 | Nays 69 |

_[signature]_
Clerk of the House

By: Senator Hudgens of the 47th

AN ACT

To amend Chapter 2 of Title 28 of the Official Code of Georgia Annotated, relating to apportionment of the House of Representatives and Senate and qualifications of members, so as to provide for the composition of state senatorial districts and, in particular, Senate Districts 46, 47, and 49; to provide for the election of such Senators; to provide when such Senators so elected shall take office; to provide for the continuation of present senatorial districts until a certain time; to provide for other related matters; to provide an effective date; to repeal conflicting laws; and for other purposes.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF GEORGIA:

**SECTION 1.**

Chapter 2 of Title 28 of the Official Code of Georgia Annotated, relating to apportionment of the House of Representatives and Senate and qualifications of members, is amended by striking subsections (a) and (c) of Code Section 28-2-2, relating to apportionment and qualifications for the Senate, and inserting in lieu thereof new subsections (a) and (c) to read as follows:

"(a)(1) There shall be 56 members of the Senate. Each Senate district shall be composed of a portion of a county, or a county, or counties, or a combination thereof, and shall be represented by one Senator. The General Assembly recognizes that the apportionment of the senatorial districts for the 2004 elections was governed by the interim reapportionment plan entered by order of the United States District Court for the Northern District of Georgia in the case of Larios v. Cox, 314 F. Supp. 2d 1357(N.D.Ga. 2004).

(2) Except as otherwise provided in this paragraph, the districts for Senate Districts 1 through 56 shall continue to be those districts as provided in the order of the United States District Court in the case of Larios v. Cox. On and after January 1, 2007, Senate Districts 46, 47, and 49 shall be as described in this paragraph and further identified as 'Plan Name: SFCamd47p2 Plan Type: Senate User: Blake Administrator: S047', which report is attached to the 2006 Act amending this Code section and is made a part of that Act and this paragraph.

(3) The first members of the Senate from Senate Districts 46, 47, and 49 elected pursuant to paragraph (2) of this subsection shall be those who are elected to take office on the convening date of the regular session of the General Assembly in 2007. Until that time the members of the Senate elected from Senate Districts 46, 47, and 49 under the interim

court order in the case of Larios v. Cox shall continue to serve and shall represent the districts from which elected; and until that time the composition of the districts from which such members were elected shall remain the same. The provisions of paragraph (2) of this subsection shall be effective, however, for the primary and general elections of 2006 for the purpose of electing members of the Senate from Senate Districts 46, 47, and 49 in 2006 who are to take office in 2007. Successors to those members shall likewise be elected under the provisions of this Code section."

"(c) Reserved."

## SECTION 2.

An Act providing for the composition and number of state senatorial districts, approved April 11, 2002 (Ga. L. 2002, p. 148), is repealed in its entirety.

## SECTION 3.

This Act shall become effective upon its approval by the Governor or upon its becoming law without such approval.

## SECTION 4.

All laws and parts of laws in conflict with this Act are repealed.

Plan Name: SFCamd47p2    Plan    Type:    Senate

User: Blake    Administrator: S047

Redistricting Plan Components Report

District 046

Clarke County

    Tract: 1

    Tract: 12

    Tract: 1303

    Tract: 1304

    Tract: 1305

    Tract: 1306

    Tract: 1307

    Tract: 1403

    Tract: 1404

    BG: 1

    1000 1001 1002 1003

    BG: 2

    Tract: 1405

    BG: 3

    3000 3001 3002 3003 3004 3005 3007

    Tract: 1503

    Tract: 1504

    BG: 1

    1004 1005 1006 1007 1008 1009 1010 1011 1012 1013

    BG: 2

    BG: 3

    Tract: 1505

    BG: 1

    Tract: 1506

    Tract: 17

    Tract: 18

    Tract: 19

    Tract: 20

    Tract: 21

    Tract: 22

  Tract: 301
  Tract: 302
  Tract: 4
  Tract: 6
  Tract: 9

Oconee County

Walton County
  Tract: 1101
  Tract: 1102
  BG: 1
  BG: 2
   2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
   2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023
   2024 2025 2026 2027 2028 2029 2030 2031 2032 2033 2034 2035
   2036 2037 2038 2039 2040 2041 2042 2043 2044 2045 2046 2047
   2048 2049 2050 2051 2052 2053 2054 2055 2056 2057 2058 2059
   2060 2061 2062 2063 2064 2072 2073 2998 2999
  BG: 3
   3000 3001 3002 3003 3004 3005
  Tract: 1103
  BG: 1
  BG: 2
  BG: 3
   3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
   3012 3013 3014 3015 3016 3017 3018 3019 3020 3022
  Tract: 1104
  Tract: 1105.01
  Tract: 1105.02
  BG: 1
  BG: 2
   2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
   2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023
   2024 2025 2026 2027 2028 2029 2031 2033 2034 2035 2036 2037
   2038 2039 2040 2041 2042 2043 2044 2045 2046 2047 2048 2049
   2050 2051 2052 2053 2054 2055 2056 2057 2058 2059

BG: 3

3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
3012 3013 3014 3015 3016 3017 3018 3023

Tract: 1106

BG: 1

1000 1001 1002 1003 1004 1005 1015 1034 1035 1036 1037 1038
1039 1040 1041 1042 1043 1044 1045 1046 1047 1048 1997 1998
1999

Tract: 1107

BG: 1

1003 1004 1005 1006 1007 1008 1009 1010 1011 1012 1013 1014
1015 1016 1017 1018 1019 1020 1021 1022 1023 1024 1025 1026
1027 1028 1029 1030 1031 1032 1033 1034 1035 1036 1037 1038
1039 1040 1041 1042 1043 1044 1045 1046 1047 1048 1049 1050
1051 1052 1053 1054 1055 1056 1057 1058 1059 1060 1061 1062
1063 1064 1065 1066 1067 1068 1997 1998

BG: 2

2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018
2019 2020 2021 2022 2023 2024 2025 2026 2027 2028 2029 2030
2031 2032 2033 2034 2035 2036 2037 2038 2039 2040 2041 2042
2043 2044 2045 2046 2047 2048 2049 2050 2051 2052 2053 2054
2055 2056 2057 2058 2059 2060 2061 2062 2063 2064 2065 2066
2067 2068 2999

District 047

Barrow County

Clarke County

Tract: 1404

BG: 1

1004 1005 1006 1007 1008 1009 1010 1011 1012 1013 1014

BG: 3

Tract: 1405

BG: 1

BG: 2

BG: 3

3006

Tract: 1406

Tract: 1504

BG: 1

 1000 1001 1002 1003

Tract: 1505

BG: 2

BG: 3

Tract: 1507

Tract: 1508

Tract: 1509

Elbert County

  Tract: 9901

  BG: 1

   1004 1005 1006 1007 1012 1013 1014 1015 1016 1017 1018 1019
   1020 1021 1022 1023 1024 1025 1026 1027 1028 1029 1030 1031
   1032 1033 1034 1035 1036 1037 1038 1039 1040 1041 1042 1043
   1044 1045 1046 1047 1048 1049 1050 1051 1052 1053 1054 1055
   1056 1057 1058 1059 1060 1061 1062 1063 1064 1065 1066 1067
   1068 1996 1997

  BG: 2

  BG: 3

  Tract: 9903

  BG: 1

   1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
   1012 1013 1014 1015 1016 1017 1018 1019 1020 1021 1022 1023
   1024 1025 1026 1027 1028 1029 1030 1031 1032 1033 1034 1035
   1036 1037 1038 1039 1040 1041 1042 1043 1044 1045 1046 1047
   1048 1051 1052 1053 1054 1055

  BG: 3

   3004 3005 3006 3007 3008 3009 3010 3011 3012 3013 3014 3015
   3016 3017 3018 3019 3020 3021 3022 3023 3024 3025 3026 3027
   3028 3029 3030 3031 3996 3997 3998

Jackson County

  Tract: 101

  BG: 2

2034 2035 2036 2037 2040 2041 2042 2048 2049 2050 2051 2052
2053 2054 2066 2067 2068 2070 2071 2072 2073 2074 2075 2076
2077 2078 2079 2080 2081 2082 2083 2084 2085 2086 2087 2088
2089 2090 2091 2092 2093 2094 2095 2096 2097 2098 2099 2100
2101 2102 2103 2104 2105 2106 2107 2108 2109 2110 2111 2112
2113 2114 2115 2116 2117 2118 2119 2120 2121 2122 2123 2124
2125 2126 2127 2128 2129

BG: 3

3068 3069 3070 3071 3072 3073 3074 3075 3076 3077 3078 3079
3080 3081 3086 3087 3088 3089 3090 3091 3092 3093 3094 3095
3096 3097 3098 3099 3100 3101 3102 3103 3104 3105 3106 3107
3108 3109 3110 3111 3112 3113 3114 3115 3116 3117 3118 3119
3120 3121 3122 3123 3124 3125 3126 3127 3128 3129 3130 3131
3132 3133 3134 3135 3136 3137 3138 3139 3140 3141 3142 3143
3144 3145 3146 3147 3148 3149 3150 3151 3152 3153 3154 3155
3156 3157 3158 3159 3160 3161 3162 3163 3164 3165 3172 3173
3174 3175 3176 3177 3178 3179 3180

Tract: 102

BG: 1

1068 1072 1073 1074 1075 1076 1077 1078 1079 1080 1081 1082
1083 1084 1085 1111 1112 1113 1114 1115 1116 1117 1118 1120
1121 1122 1123 1124 1125 1126 1127 1128 1129 1130 1131 1132
1133 1134

Tract: 103

Tract: 104

Tract: 105

Tract: 106

Tract: 107

Madison County

Oglethorpe County

District 049
Hall County

Jackson County

Tract: 101

BG: 2

2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023 2024 2025 2026 2027 2028 2029 2030 2031 2032 2033 2038 2039 2043 2044 2045 2046 2047 2055 2056 2057 2058 2059 2060 2061 2062 2063 2064 2065 2069 2130 2131

BG: 3

3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011 3012 3013 3014 3015 3016 3017 3018 3019 3020 3021 3022 3023 3024 3025 3026 3027 3028 3029 3030 3031 3032 3033 3034 3035 3036 3037 3038 3039 3040 3041 3042 3043 3044 3045 3046 3047 3048 3049 3050 3051 3052 3053 3054 3055 3056 3057 3058 3059 3060 3061 3062 3063 3064 3065 3066 3067 3082 3083 3084 3085 3166 3167 3168 3169 3170 3171

Tract: 102

BG: 1

1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011 1012 1013 1014 1015 1016 1017 1018 1019 1020 1021 1022 1023 1024 1025 1026 1027 1028 1029 1030 1031 1032 1033 1034 1035 1036 1037 1038 1039 1040 1041 1042 1043 1044 1045 1046 1047 1048 1049 1050 1051 1052 1053 1054 1055 1056 1057 1058 1059 1060 1061 1062 1063 1064 1065 1066 1067 1069 1070 1071 1086 1087 1088 1089 1090 1091 1092 1093 1094 1095 1096 1097 1098 1099 1100 1101 1102 1103 1104 1105 1106 1107 1108 1109 1110 1119 1135

**APPROVED**

**MAR 1 2006**

**BY GOVERNOR**