U.S. Department of Justice

Civil Rights Division

JKT:DP:MFE:par
DJ 166-012-3
2006-2699
2006-2917

Voting Section - NWB.
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

April 20, 2006

The Honorable Thurbert Baker
Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300

Dear Mr. Baker:

    This refers to Act Nos. 435 (H.B. 1137) and 436 (S.B. 386) (2006), which provide limited redistricting plans for the Georgia State House and Senate, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c.  Specifically, the submission concerns the redistricting of House Districts 5, 12, 46, 48, 50, 51, 167 and 179 and Senate Districts 46, 47 and 49.  We received your submissions on March 20 and 21, 2006; supplemental information was received on April 10, 2006.

    The Attorney General does not interpose any objection to the specified changes.  However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes.  Procedures for the Administration of Section 5 of the Voting Rights Act (28 C.F.R. 51.41).

    Sincerely,

    John Tanner
    Chief, Voting Section