FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 27 2006

LUTHER D. THOMAS, Clerk
By: J White
Deputy Clerk

```
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
          ATLANTA DIVISION

JANE KIDD, et al.         )
                          )
          Plaintiff,      )    CIVIL ACTION FILE
                          )    NO. 1:06-cv-997-BBM
v.                        )
                          )    ATLANTA, GEORGIA
CATHY COX                 )
                          )
          Defendant.      )
                          )
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BEVERLY B. MARTIN,
UNITED STATES DISTRICT JUDGE

Thursday, April 27, 2006

APPEARANCES OF COUNSEL:

For the Plaintiffs:    BONDURANT MIXSON & ELMORE
                       (By:  Emmet J. Bondurant, II
                             David G. H. Brackett
                             Jason James Carter)

For the Defendant:     OFFICE OF THE ATTORNEY GENERAL
                       (By:  Dennis Dunn)

*Proceedings recorded by mechanical stenography
and computer-aided transcript produced by*
NICHOLAS A. MARRONE, RMR, CRR
1714 U. S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303
(404) 215-1486