IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

APR 28 2006

LUTHER D. THOMAS, CLERK
By: _____ Deputy Clerk

MS. JANE KIDD, ANDREA SUAREZ, DR. MURRAY BLUM, and ANN BLUM,

    Plaintiffs,

v.

CATHY COX, Individually and in her Official Capacities as Secretary of State of Georgia and Chair of the Georgia Elections Board,

    Defendant.

CIVIL ACTION NO.
1:06-CV-0997-BBM
(Three Judge Court)

## ORDER

The court held a telephone conference with counsel in this proceeding yesterday, April 27, 2006. During the telephone conference, the court established a schedule by which this action will proceed, which schedule is set forth below.

The Final Hearing on Plaintiffs' Motion for Declaratory and Injunctive Relief will be held in the Richard B. Russell Courthouse, Courtroom 2306, at 9:00 a.m. on Tuesday, May 2, 2006.

On Monday, May 1, 2006 at noon, the parties shall file a pretrial statement, which sets forth (1) a joint stipulation of fact; (2) a statement of issues of fact that remain to be litigated; (3) a list of all exhibits and Affidavits the parties plan to offer

at trial; and (4) a list of any witnesses who may be called at trial and the approximate length of direct and cross examination.

At 5:00 p.m.[1] on Monday, May 1, the court will conduct a telephone conference with counsel, and establish in detail how the trial will proceed the following day.

At the beginning of trial on Tuesday, May 2, counsel will present the court with (1) briefing on the question of whether the state legislature has the power to change the voting districts established by the court in <u>Larios v. Cox</u>, 300 F. Supp. 2d 1320 (2004); and (2) proposed findings of fact and conclusions of law. In the proposed findings, the claims should be separated as to those claims made under the United States Constitution, and claims made pursuant to the Georgia Constitution.

IT IS SO ORDERED, this 28th day of April, 2006.

_____
BEVERLY B. MARTIN
UNITED STATES DISTRICT JUDGE
FOR THE COURT

---

[1] Counsel was advised that this telephone conference would take place at 3:00 p.m.; however, a scheduling conflict has required this delay.