IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


JANE KIDD, ANDREA SUAREZ,        )
DR. MURRAY BLUM,                 )
and ANN BLUM,                    )
                                 )
            Plaintiffs,          )   Civil Action
                                 )
      v.                         )   No. 1:06-CV-0997
                                 )
CATHY COX, in her official       )
capacities as Secretary of State of )
Georgia and Chair of the State   )
Election Board                   )
                                 )
          ' Defendant            )


## SECOND DECLARATION OF REPRESENTATIVE
## JANE KIDD

Pursuant to 28 U.S.C. § 1746, I, Jane Kidd, hereby declare as follows:

1.

My name is Jane Kidd. I am over 18 years of age and have personal

knowledge of the facts stated below. I give this declaration in support of my

motion for a preliminary injunction in the above-styled case, and for any other reason authorized by law.

2.

I have read and examined the Complaint for Declaratory and Injunctive Relief filed in this action and the statements contained therein are true and correct.

3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28 day of April, 2006.

_____
Representative Jane Kidd

# CERTIFICATE OF SERVICE

I, Jason J. Carter, do hereby certify that I have this day electronically filed

the foregoing **SECOND DECLARATION OF REPRESENTATIVE JANE**

**KIDD** with the Clerk of Court using the CM/ECF system which will automatically

send email notification of such filing to opposing counsel as follows:

> Dennis R. Dunn, Esq.
> Department of Law
> State of Georgia
> 40 Capitol Square, SW
> Atlanta, Georgia  30334
> E-mail:      dennis.dunn@law.state.ga.us

This 28th day of April 2006.

/s/ Jason J. Carter
Jason J. Carter