

# CIVIL MINUTE SHEET

() IN OPEN COURT  (X) IN CHAMBERS   DATE:  4/27/2006   TIME: 6:00 p.m.

| | |
|---|---|
| HONORABLE BEVERLY B. MARTIN | Montrell Vann, Court Reporter |
| HONORABLE ORINDA D. EVANS | |
| HONORABLE SUSAN BLACK | |
| | |
| JANE KIDD, ET AL. | Emmet Bondurant, counsel for plaintiffs |
| vs | 1:06-CV-0997-BBM |
| CATHY COX | Dennis Dunn, counsel for defendant |

HEARINGS/PRE-TRIALS/EVIDENCE: CONFERENCE CALL
Teleconference conducted.

Court adjourned at 6:35 p.m. until
() until further order

Exhibits returned to counsel for () plaintiff(s)  () defendants(s) () Court Reporter

() Exhibits retained by the Court

**TIME IN CHAMBERS:  35 MINS.**