FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 28 2006

LUTHER D. THOMAS, Clerk
By: /s/ Thomas, Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MS. JANE KIDD, ET AL.,  )
              PLAINTIFFS, )
                         )
      VS.              ) DOCKET NUMBER
                         ) 1:06-CV-997-BBM
CATHY COX,               ) (THREE JUDGE COURT)
                         )
              DEFENDANT. ) ATLANTA, GEORGIA
                         ) APRIL 27, 2006

TRANSCRIPT OF TELEPHONE CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE SUSAN H. BLACK,
THE HONORABLE ORINDA D. EVANS, AND
THE HONORABLE BEVERLY B. MARTIN

APPEARANCES:

FOR THE PLAINTIFF:      DAVID BRACKETT, EMMET BONDURANT &
                                  JASON CARTER
                                  BONDURANT, MIXSON & ELMORE
                                  ATLANTA, GEORGIA 30309

FOR THE DEFENDANT:      DENNIS DUNN
                                  OFFICE OF STATE ATTORNEY GENERAL
                                  ATLANTA, GEORGIA 30334

OFFICIAL COURT REPORTER:  MONTRELL VANN, CCR, RPR, RMR, CRR
                                  2394 UNITED STATES COURTHOUSE
                                  75 SPRING STREET, S.W.
                                  ATLANTA, GEORGIA 30303
                                  (404) 215-1549