

# CIVIL MINUTE SHEET

() IN OPEN COURT  (X) IN CHAMBERS   DATE: 5/01/2006   TIME: 5:00 p.m.

| | |
|---|---|
| HONORABLE BEVERLY B. MARTIN<br>HONORABLE SUSAN BLACK<br>HONORABLE ORINDA D. EVANS | Montrell Vann, Court Reporter<br><br>Pamela Wright, Deputy Clerk |
| JANE KIDD, ET AL. | Emmet Bondurant, David Brackett and<br>Jason Carter, counsel for plaintiffs |
| vs | 1:06-CV-0997-BBM |
| CATHY COX | Dennis Dunn and Anne Lewis,<br>counsel for defendant |

HEARINGS/PRE-TRIALS/EVIDENCE: TELECONFERENCE
Teleconference conducted at direction of the court preparatory to the May 2, 2006 hearing on plaintiffs' Motion for Preliminary Injunction.  Counsel advised by the court that the parties will be allowed a 30 minute uninterrupted statement, to be followed by questions from the court.

Court adjourned at 5:15 p.m. until
(xx) until further order

Exhibits returned to counsel for () plaintiff(s)  () defendants(s) () Court Reporter

() Exhibits retained by the Court

**TIME IN CHAMBERS:  15 MINS.**