

# CIVIL MINUTE SHEET

(X) IN OPEN COURT  () IN CHAMBERS   DATE: 5/02/2006   TIME: 9:00 a.m.

| | |
|---|---|
| Honorable Beverly B. Martin | Montrell Vann, Court Reporter |
| Honorable Orinda D. Evans | |
| Honorable Susan H. Black | |
| | Pamela Wright, Deputy Clerk |
| JANE KIDD, ET AL. | Emmet Bondurant, David Brackett and Jason Carter, counsel for plaintiffs |
| vs | 1:06-CV-0997-BBM |
| CATHY COX | Dennis Dunn and Anne Lewis, counsel for defendant |

HEARINGS/PRE-TRIALS/EVIDENCE: MOTION HEARING

Oral argument heard on plaintiffs' Motion for Preliminary Injunction [Doc. No. 9]. After introductory statements by counsel, questions were posed by the court to counsel. By joint stipulation and direction of the court, all exhibits and affidavits as previously filed electronically by the parties (subject to objections by defendant as expressed during the May 1 teleconference [Doc. No. 28]) are deemed admitted for purposes of the record in this proceeding. Matter taken under advisement by the court, written Order to follow.

Court adjourned at 12:15 p.m. until
(xx) until further order

Exhibits returned to counsel for () plaintiff(s)  () defendants(s) () Court Reporter

() Exhibits retained by the Court

() Exhibits forwarded to Clerk's Office custodian

**TIME IN COURT:  3  HRS., 15 MINS.**