IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MS. JANE KIDD, ANDREA SUAREZ, DR. MURRAY BLUM, and ANN BLUM, | |
|     Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:06-CV-0997-BBM (Three Judge Court) |
| CATHY COX, Individually and in her Official Capacities as Secretary of State of Georgia and Chair of the Georgia Elections Board, | |
|     Defendant. | |

## **ORDER**

By the Panel's Order of April 27, 2006, the deadlines for candidates to qualify to run for election in Georgia Senate Districts 46, 47 and 49, and Georgia House Districts 25, 26, 27, 29, 30, 31, 107, 108, 111, 113, 114, 115 and 116 was extended until Friday, May 5, 2006 at noon. The Panel has now considered the evidence presented in this case, as well as the arguments of counsel, and has found that the defendant is entitled to prevail in this action. A memorandum opinion will follow.

By this Order, Notice is given that those candidates qualifying for Georgia Senate Districts 46, 47 and 49 and Georgia House Districts 25, 26, 27, 29, 30, 31, 107,

108, 111, 113, 114, 115 and 116 will qualify for those Districts as defined by the 2006 amendment to O.C.G.A. § 28-2-2, which has also been referred to in this litigation as Senate Bill 386.

IT IS SO ORDERED, this 2nd day of May, 2006.

s/Beverly B. Martin
BEVERLY B. MARTIN
UNITED STATES DISTRICT JUDGE
FOR THE COURT