UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MS. JANE KIDD, ANDREA SUAREZ, DR. MURRAY BLUM, AND ANN BLUM,<br><br>    Plaintiffs,<br><br>v.<br><br>CATHY COX, Individually and in her Official Capacities as Secretary of State of Georgia and Chair of the Georgia Elections Board,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:06-cv-0997-BBM<br><br>(Three-Judge Court) |

## J U D G M E N T

This action having come before a Three-Judge Court, Honorable Susan H. Black, United States Circuit Judge and Orinda D. Evans and Beverly B. Martin, United States District Judges, on the plaintiffs Complaint for Declaratory and Injunctive Relief and the court having found that Plaintiffs failed to sustain their burden of showing the redistricting plan was unrelated to any legitimate redistricting criterion, failed to articulate manageable or politically-neutral standards that would make an equal protection political gerrymandering claim justiciable, and failed to show the redistricting plan violated rights protected under the First Amendment, it is

**Ordered and Adjudged** that this action be **DISMISSED.**

Dated at Atlanta, Georgia this 16th day of May, 2006.

                                                  LUTHER D. THOMAS
                                                CLERK OF COURT

                                        By: s/Amanda Querrard
                                             Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   May 16, 2006
Luther D. Thomas
Clerk of Court

By: s/Amanda Querrard
      Deputy Clerk