IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE KIDD, ANDREA SUAREZ, ) <br> DR. MURRAY BLUM, ) <br> AND ANN BLUM, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> CATHY COX, individually and in ) <br> her official capacities as Secretary of State ) <br> of Georgia and Chair of the Georgia ) <br> Elections Board, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION <br> FILE NO. 1:06-CV-0997 |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1253, Plaintiffs Jane Kidd, Andrea Suarez, Dr. Murray Blum, and Ann Blum give notice that they appeal to the Supreme Court of the United States from the final judgment entered by the three judge district court in this action on the 16th day of May 2006, as well as from all adverse orders entered in this action on or prior to that date, including without limitation the May 16, 2006 Memorandum Opinion denying the plaintiffs' claims for injunctive relief.

135608                                          1

This 30th day of May, 2006.

Respectfully submitted,

/s/ Emmet J. Bondurant

Emmet J. Bondurant
Georgia Bar No. 066900
David G.H. Brackett
Georgia Bar No. 068353
Jason J. Carter
Georgia Bar No. 141669

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-4100
Facsimile: 404-881-4111
E-mail: bondurant@bmelaw.com
brackett@bmelaw.com
carter@bmelaw.com          *Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I certify that this Notice complies with the font and point selections set forth in Local Rule 5.1B. This Notice has been prepared using Times New Roman font (14 point).

/s/ Emmet J. Bondurant
Emmet J. Bondurant
Georgia Bar No. 066900

# CERTIFICATE OF SERVICE

I, Emmet J. Bondurant, do hereby certify that I have this day electronically filed the foregoing **Notice of Appeal** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to opposing counsel, and have placed a true an correct copy of this **Notice of Appeal** in the United States Mail with sufficient first-class postage prepaid, addressed as follows:

>Dennis R. Dunn, Esq.
>Department of Law
>State of Georgia
>40 Capitol Square, SW
>Atlanta, Georgia 30334
>E-mail: dennis.dunn@law.state.ga.us

>Anne W. Lewis, Esq.
>Strickland, Brockington, Lewis, LLP
>Midtown Proscenium, Suite 2000
>1170 Peachtree Street, NE
>Atlanta, Georgia 30309
>E-mail: awl@sbllaw.net

This 30th day of May, 2006.

_____
Emmet J. Bondurant