# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS
CLERK OF COURT

CIVIL SECTION
404-215-1655

June 1, 2006

Supreme Court of the United States
1 First Street, N.E.
Washington, DC 20543

      **U.S.D.C. No.:** 1:06-cv-997-BBM
      **U.S.C.A. No.:** 00-00000
      **In re:**     *Kidd, et al. v. Cathy Cox v.*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| ___ | There is no transcript. |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| X | Fee paid on 5/30/06, Receipt No. 551698. |
| ___ | Appellant has been leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| X | The District Judges are Orinda D. Evans, Beverly B. Martin, and United States Circuit Judge Susan H. Black. |
| ___ | This is a **DEATH PENALTY** appeal. |

                                          Sincerely,

                                          Luther D. Thomas
                                          Clerk of Court

                                 By:   /s/ Elaine N. McFarland
                                        Deputy Clerk

Enclosures